**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Teresa Welter;<br>and Paul Welter,<br>14984 Caperton Ct.<br>Woodbridge, VA 22193<br><br><br><br>         Plaintiffs,<br><br>v.<br><br>Defense Health Agency<br>7700 Arlington Blvd, Suite 5101<br>Falls Church, VA 22042-5101,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

Plaintiffs Teresa Welter and Paul Welter (hereinafter "Plaintiffs") bring this action against the Defense Health Agency (hereinafter "DHA" or "Defendant") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et. seq. As grounds therefor, Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §1331.

2.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

**PARTIES**

3.      Plaintiffs Paul and Teresa Welter submitted a FOIA request for certain documents retained by DHA.

4.      Defendant DHA is an agency within the meaning of 5 U.S.C. § 552(f) that is in

possession and/or control of the records requested by Plaintiffs that are the subject of this action.

## STATEMENT OF FACTS

5.      Plaintiffs were found to have committed alleged incidents of child abuse and

neglect of their minor children by an Air Force Central Registry Board ("CRB"). Upon

information and belief, Plaintiffs believe that the allegations stem from Plaintiffs' own report of

sexual abuse of two of their children by certain employees of their daughters' former on-base

Department of Defense Education Activity ("DoDEA") school in Germany. The instances of

sexual abuse were not investigated; instead, a Pediatrician employed at Walter Reed National

Military Medical Center wrote a report accusing Plaintiffs of medical neglect. That report was

then shopped around to various Child Protective Services, which ended in those cases being

closed without findings of neglect or abuse.

6.      Plaintiffs previously requested a copy of the Pediatrician's report through a FOIA

requset to the Air Force; the Air Force in turn forwarded the request to DHA in 2023.

7.      DHA never produced the report, compelling Plaintiffs to submit a FOIA request

directly to DHA on April 22, 2025. The request was received by DHA on April 23, 2025, and

assigned FOIA tracking number 2025-00643-F.

8.      To date, DHA has failed to provide the responsive documents.

## COUNT

**Violation of FOIA, 5 U.S.C. § 552**
**Unlawful Withholding of Non-Exempt Documents**

9.      Plaintiffs incorporate paragraphs 5-8 as if fully stated herein.

10.     Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), DHA is required to make the

determinations on the requested documents within 20 working days of receipt of the request.

11.    To date, Defendant has failed to make these determinations on the request made

on April 22, 2025.

12.    Defendant is unlawfully withholding records requested by Plaintiffs in violation

of 5 U.S.C. § 552(a)(3) by, *inter alia*, seeking to withhold information without making a

reasonable effort to make the records promptly available to Plaintiffs and without providing any

rational justification for failure to comply with the requirement.

13.    Because Defendant has failed to comply with the time limit set forth in 5 U.S.C §

552(a)(6)(A), Plaintiffs are deemed to have exhausted any and all administrative remedies

pursuant to 5 U.S.C. § 552(a)(6)(C).

## REQUESTED RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court: (1) order Defendant to

conduct a search for any and all records responsive to Plaintiffs' FOIA request; (2) order

Defendant to produce, by a date certain, any and all non-exempt records pursuant to Plaintiffs'

FOIA requests; (3) grant Plaintiffs an award of attorneys' fees and other litigation costs

reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and (4) grant Plaintiffs

such other relief as the Court deems just and proper.

Dated: August 26, 2025

Respectfully submitted,

/s/ Carol A. Thompson
Carol A. Thompson
DC Bar No. 1658143
Federal Practice Group
801 17th St, N.W., Suite 250
Washington, D.C. 20006
Telephone: 202-862-4360
cthompson@fedpractice.com

*Counsel for Plaintiffs*